UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATALIE WITNEY,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C20-1573-SKV

ORDER OF REMAND

The parties, acting through their respective counsel, have stipulated and agreed that the above-captioned case should be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will offer Plaintiff the opportunity for a new hearing and issue a new decision. The ALJ will reconsider the medical opinions, Plaintiff's subjective complaints, and her residual functional capacity. The ALJ will obtain vocational expert evidence, as warranted, to make findings at steps four and five of the sequential evaluation process.

ORDER OF REMAND - 1

Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and 28 U.S.C. § 1920.

Dated this 30th day of July, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER OF REMAND - 2